1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ENRICO M. ALIS, CSBN 217509
4  Special Assistant United States Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA  94105
   Telephone: (415) 977-8933
6  Facsimile: (415) 744-0134
   E-Mail: enrico.alis@ssa.gov
7
   Attorneys for Defendant
8

                       UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA
                             WESTERN DIVISION

| | |
|---|---|
| SANTIA GARCIA, | Case No. CV 08-03542 AG (FFM) |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

///

///

-1-

1 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2 above-captioned action is remanded to the Commissioner of Social
3 Security for further proceedings consistent with the Stipulation for Remand.
4 DATED: August 4, 2008
5 /S/ FREDERICK F. MUMM
6 _____
7 UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28