1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 SANTIA GARCIA,                )  Case No.: CV 08-03542 FFM
                                  )
13         Plaintiff,             )  [~~PROPOSED~~] ORDER AWARDING
                                  )  EAJA ATTORNEY FEES
14 v.                             )
                                  )
15 MICHAEL J. ASTRUE,             )
   COMMISSIONER OF SOCIAL         )
16 SECURITY ADMINISTRATION,       )
                                  )
17                                )
           Defendant.             )
18                                )
                                  )
19

20      Based upon the parties' Stipulation for the Award and Payment of Equal

21 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

22 Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

23 the amount of SEVEN HUNDRED dollars ($700.00) as authorized by 28 U.S.C. §

24 2412(d), subject to the terms of the above-referenced Stipulation.

25 DATE:    November 10, 2008
                         /S/ FREDERICK F. MUMM
26                       THE HONORABLE FREDERICK F. MUMM
                         UNITED STATES MAGISTRATE JUDGE
27

28